UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN P. B.,[1]

     Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

     Defendant.

ORDER ADOPTING REPORT AND
RECOMMENDATION
Civil File No. 22-01801 (MJD/JFD)

Clifford Michael Farrell, Manring & Farrel, Edward C. Olson, Reitan Law Office, for Plaintiff, Laura A.G.

Ana H. Voss, Assistant United States Attorney, James D. Sides, Marisa Silverman, Social Security Administration, for Defendant.

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated July 17, 2023.  No objections have been filed to the Report and Recommendation.

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the instant Order.

Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated July 17, 2023 **[Doc. 20]**;

2. Plaintiff's Motion for Summary Judgment **[Doc. 14]** is **GRANTED;**

3. Defendant's Motion for Summary Judgment **[Doc. 17]** is **DENIED**; and

4. This case is **REMANDED** to the Commissioner for further consideration of Ms. Tingle's opinion in accordance with 20 C.F.R. §§ 404.1520c and 416.920c.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   August 25, 2023                                      s/Michael J. Davis
                                                              Michael J. Davis
                                                              United States District Court